Kevin D. Jackson Jr.
Philadelphia, Pennsylvania
    267-600-8206
    jacksonkevin7688@gmail.com

Docket No.: 25CV4368
Kevin Jackson vs. National Railroad Passenger Corporation (Amtrak)

To Whom It May Concern:

I am writing to formally document my experience as an employee with Amtrak in the position of Usher/Seating Area Clerk, from April 1, 2024, to July 27, 2024. I began this position with great enthusiasm, looking forward to a fresh start and a long-term career with the company. I successfully completed my training without any issues or complaints.

As a Seating Area Clerk, my primary responsibilities included inspecting customer tickets, providing excellent customer service, and ensuring the proper use of designated seating areas. My immediate supervisors varied depending on my assigned shift.

In May 2024, I was called to meet with Station Managers Craig and Chris. During this meeting, I was told to " be careful" because someone allegedly wanted me to be terminated and to also be cautious around female employees. I was never given any names or details regarding the allegations. I immediately requested that an investigation be opened to determine the facts, but they declined to do so. I was then permitted to return to work and complete my shift.

The very next day, I was again approached — this time by my job trainer and Manager Craig Simmons. During our conversation, the trainer mentioned that several employees appeared to be jealous of me, and Mr. Simmons agreed with that assessment. I continued working my assigned shift as usual.

Shortly afterward, I overheard several coworkers making negative comments about me, including false statements such as that I " could not see." I do wear prescription glasses, but I perform my duties effectively. Some employees falsely claimed that I opened the wrong seating area, which was untrue.

Manager Salina Thorpe then confronted me publicly, asking, " Do you know how to do your job, or do you need to be retrained?" and also questioned me by asking, " Do you have any problems with your vision or seeing?" This was said openly in front of others, which I found to be very embarrassing and inappropriate. I asked her to please review the security cameras to confirm that I had opened the correct side of the seating area, but she refused to look at the footage and instead took the word of the other employees.

On July 25, 2024, Acting Superintendent Jermaine Jones asked me to meet with him. During our meeting, he commended my work, stated that I was " a keeper" for the company, and personally congratulated me on my excellent performance and customer service skills.

However, on July 27, 2024, before starting my shift, I received a phone call from a coworker named Ryan, advising me to wait upstairs for Station Manager Andrew Greene. Mr. Greene arrived accompanied by two police officers and handed me a letter stating that my employment was being terminated. When I asked for a reason, he told me I was " not a good fit for the company." I explained that just two days prior, Acting Superintendent Jermaine Jones had praised my work and told me I had a bright future with Amtrak. Mr. Greene then claimed there had been " a lot of customer complaints" about me. However, I was never informed of any such complaints, either verbally or in writing, during my entire employment.

After my termination, I immediately contacted my union representative to report the situation. He later informed me, for the first time, that an employee had filed a complaint against me. I was not told the nature of the complaint or given any opportunity to respond.

In closing, I believe that I was treated unfairly and terminated without due process or proper investigation. I was never provided with documentation of any customer or employee complaints, nor was I given an opportunity to defend myself or correct any alleged issues. I respectfully request that this matter be reviewed.

Thank you for your time and attention to this matter.

Sincerely,
Kevin D. Jackson Jr.