# Request for Telephonic Hearing – Case No. 25CV4368

**MEMO ENDORSED**

Dear Judge Failla,

My name is **Kevin Jackson**, and I am scheduled to appear before you for a hearing on **November 5, 2025**, in the New York City courtroom regarding **Case No. 25CV4368**.

Unfortunately, I am currently experiencing financial hardship and do not have the necessary funds to travel from **Philadelphia, Pennsylvania**, to New York City for the hearing.

I respectfully request the opportunity to attend the hearing **by telephone or another remote means** if the Court permits. I am committed to participating fully and complying with all procedures required for such an appearance.

Thank you very much for your time, consideration, and understanding.

Respectfully,

**Kevin Jackson**
Philadelphia, PA
[Your phone number]
[Your email address]

```
Application GRANTED.  The Court hereby CONVERTS the in-person
pre-motion conference scheduled for November 5, 2025, at 10:00
a.m. to a telephonic conference.  At the scheduled time, the
parties shall call (855) 244-8681 and enter access code 2315
780 7370.

Dated:    October 27, 2025          SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE