**JacksonLewis**

Jackson Lewis P.C.
666 3rd Avenue 28th Floor
New York NY 10017
(212) 545-4052 Direct
Mina.Wood@jacksonlewis.com
jacksonlewis.com

October 28, 2025

<u>VIA ECF & EMAIL</u>
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov



MEMO ENDORSED

Re:  <u>Jackson v. National Railroad Passenger Corporation; 25 Civ. 4368 (KPF)(SN)</u>

Dear Judge Failla:

We represent Defendant National Railroad Passenger Corporation ("Amtrak") in connection with the above-referenced case.

Pursuant to Your Honor's Individual Rules of Practice, we write to request respectfully that the pre-motion conference currently scheduled for November 5, 2025 at 10:00 a.m. be adjourned based upon a pre-existing conflict. The undersigned will be on a flight at that time and out of the office on business travel for the remainder of that week.

Defendant's counsel is available to appear on November 14 or November 17-20, 2025. We emailed Plaintiff on October 23, 2025 and October 24, 2025, seeking his consent to an adjournment and his availability on the above-referenced dates. We have not yet received a response from Plaintiff, and are making this request to the Court now in the interest of time. This is Defendant's first request for an adjournment of the pre-motion conference.

Defendant would prefer an in-person conference and submits that Plaintiff should be prepared to travel to the forum in which he filed suit. However, we appreciate Your Honor has already granted Plaintiff's application to hold the conference telephonically and we do not object in this instance.

Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Mina M. Wood*
Mina M. Wood, Esq.
Drew M. Fryhoff, Esq.

cc: Plaintiff (via ECF and email: JacksonKevin7688@gmail.com)

Application GRANTED.  The pre-motion conference originally scheduled for November 5, 2025, is ADJOURNED to **November 20, 2025, at 10:00 a.m.**  As before, the conference will be telephonic.  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.  The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated:    October 29, 2025
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE