UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. JACKSON JR., <br><br> Plaintiff, <br><br> -v.- <br><br> NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), <br><br> Defendant. | 25 Civ. 4368 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 20, 2025, the Court held an initial pretrial conference and pre-motion conference in this matter.  The Court discussed with *pro se* Plaintiff Mr. Jackson his complaint and allegations, and the Court deemed Mr. Jackson's statements at the conference to supplement his pleadings.  Defendant National Railroad Passenger Corporation (Amtrak) ("Amtrak") will order a transcript of the conference.

The Court also set a briefing schedule for Amtrak's anticipated motion to dismiss, which shall proceed as follows:

- Amtrak shall submit its opening brief on or before **January 9, 2026**.
- Mr. Jackson shall submit his brief in opposition on or before **February 20, 2026**.
- Amtrak shall submit its reply brief on or before **March 13, 2026**.

Amtrak will mail copies of all motion papers, and all cases cited therein, to Mr. Jackson.  At Mr. Jackson's request, the Court STRIKES his consent to receive electronic service.  (*See* Dkt. #3).  To that end, Mr. Jackson shall submit his

papers to the Court's Office of Pro Se Litigation, either by email (ProSe@nysd.uscourts.gov) or by mail:

> Pro Se Intake Unit
> 500 Pearl Street, Room 205
> New York, NY 10007

Further information about proceeding *pro se* is available at this link: https://nysd.uscourts.gov/prose.

The Clerk of Court is directed to mail a copy of this Order to Mr. Jackson at the following address:

> Kevin D. Jackson Jr.
> 5931 Laundale Street
> Philadelphia, PA  19120

SO ORDERED.

Dated:  November 20, 2025
        New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge

2