UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN D. JACKSON JR.,

Plaintiff,

-v.-

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

Defendant.

25 Civ. 4368 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Certain issues relating to the Court's original jurisdiction pursuant to 28 U.S.C. § 1349 over Plaintiff's claims have come to the Court's attention. Accordingly, the Court's July 31, 2026 Opinion and Order regarding Defendant's motion to dismiss Plaintiff's complaint is WITHDRAWN. The Court will issue a revised opinion in due course.

The Clerk of Court is directed to strike docket entry 34 and is further directed mail a copy of this Order to Plaintiff at the following address:

Kevin D. Jackson Jr.
5931 Laundale Street
Philadelphia, PA

SO ORDERED.

Dated: August 3, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge