**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

KEVIN D. JACKSON JR.,

Plaintiff,

-against-

25 **CIVIL** 4368 (KPF)

# JUDGMENT

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated October 8, 2026, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

October 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**